# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

LEROY E. EUVRARD JR. )
         Plaintiff )   CASE NO.: C-1-03-548
)
v. )   Appearing on behalf of: Equifax Information Services
)
CITIBANK, et al. )   Defendant
         Defendant )   (Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, John J. Friedline, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of Georgia and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates Rachel E. Burke as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 3rd day of September, 20 03.

_____
(Signature of *Petitioner*)

(404) 815-6500   Kilpatrick Stockton LLP
**Business Telephone**   **Law Firm**

1100 Peachtree Street, Ste. 2800
**Business Address**

Atlanta, GA 30309-4530
**City, State, Zip**

(404) 541-3207
**Fax Number**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Rachel E. Burke, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This **4th** day of September, 20 **03**.

_____
Signature of Local Counsel

0066863
**Ohio Bar Number**

(513) 369-4236
**Business Telephone**

Porter Wright Morris & Arthur LLP
**(Law Firm)**

250 East Fifth Street, Ste. 2200
**(Business Address)**

Cincinnati, OH 45202-5117
**(City, State, Zip)**

_____
**(Mailing Address)**

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/defendant _____ this date _____.

_____
Signed by Local Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Admission Pro Hac Vice has been served upon the following individuals, by ordinary U.S. mail, postage prepaid, this 11th day of September, 2003.

Mr. LeRoy E. Euvrard, Jr.
2230 Burnet Avenue
Cincinnati, OH 45219

Pierre H. Bergeron, Esq.
Squire Sanders & Dempsey, L.L.P.
312 Walnut Street, Suite 3500
Cincinnati, OH 45202-4036

William T. Robinson III, Esq.
Andrew J. Schaeffer, Esq.
Greenebaum Doll & McDonald PLLC
50 East River Center Boulevard, Suite 1800
P.O. Box 2673
Covington, KY 41012-2673

Brian S. Kenworthy, Esq.
Katz & Korin, P.C.
10 West Market Street, Suite 1120
Indianapolis, IN 46204-2964

Raymond Lembke, Esq.
Taft Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Alycia N. Broz, Esq.
Jones Day
41 South High Street, Suite 1900
Columbus, OH 43215

CINCINNATI/116505 v.01



NORMAN S. FLETCHER, CHIEF JUSTICE
LEAH WARD SEARS, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
    JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING
Atlanta 30334

SHERIE M. WELCH, CLERK
WM. SCOTT HENWOOD, REPORTER

September 2, 2003

    I hereby certify that John Joseph Friedline, Esq., was admitted on the eighth day of March, 1999, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*Nathaniel D. Middleton*
Deputy Clerk, Supreme Court of Georgia